**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____     Chapter     **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Sherman Arulappan LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  E-Commerce Trade** <br> **DBA  Trios Distribution** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-1768297** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1307 WESTLAWN BLVD, UNIT 313** <br> **Murfreesboro, TN 37129** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Rutherford** <br> County | **Location of principal assets, if different from principal place of business** <br> **651 HEAL QUAKER** <br> **SUITE G Lewisburg, TN 37091** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: |

Official Form 201                        Voluntary Petition for Non-Individuals Filing for Bankruptcy                        page 1

| Debtor | **Sherman Arulappan LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | Sherman Arulappan LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Sherman Arulappan LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

| Debtor | **Sherman Arulappan LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 30, 2023**
              MM / DD / YYYY

**X** **/s/ MARTINA SHERMAN**                          **MARTINA SHERMAN**
     Signature of authorized representative of debtor        Printed name

Title     **CEO**

**18. Signature of attorney**

**X** **/s/ Steven L. Lefkovitz**               Date **June 30, 2023**
     Signature of attorney for debtor                 MM / DD / YYYY

**Steven L. Lefkovitz 5953**
Printed name

**LEFKOVITZ & LEFKOVITZ**
Firm name

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
Number, Street, City, State & ZIP Code

Contact phone    **615-256-8300**     Email address    **slefkovitz@lefkovitz.com**

**5953 TN**
Bar number and State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 5

**Fill in this information to identify the case:**

Debtor name    **Sherman Arulappan LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 30, 2023**      *X* **/s/ MARTINA SHERMAN**
                                        Signature of individual signing on behalf of debtor

                                        **MARTINA SHERMAN**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Sherman Arulappan LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **485,389.05** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **485,389.05** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **0.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **9,291.22** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **7,438,955.02** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **7,448,246.24** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Sherman Arulappan LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **BANK OF AMERICA** | **CHECKING** | **9912** | $0.79 |
| 3.2. | **BANK OF AMERICA** | **CHECKING** | **6067** | $636.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $636.79 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

| Debtor | Sherman Arulappan LLC | Case number (If known) |
|---|---|---|
| | Name | |

| 11a. 90 days old or less: | 92,035.49 | - | 52,035.49 | = .... | $40,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$40,000.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale**<br>**13002 - Inventory - FBA In TransiT $36,618.83**<br>**13006 - Inventory - Lewisburg $270,125.33**<br>**13009 - Inventory - FBA $102,099.10** | | $0.00 | | $408,843.26 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

$408,843.26

**24. Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 2

Debtor   **Sherman Arulappan LLC**                                    Case number *(If known)* _____
         <sub>Name</sub>

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Laptops (8) $2,400.00 , Racking (7) $18,809.00,<br>Forklift (1) $4,500.00, Docking Stations (10)<br>$1,200.00, Assorted office supplies (10)<br>$900.00, Large Office Desks (3) $2,400.00,<br>Small office desks (2) $200.00, Printers (5)<br>$500.00, Wrapper ($4,000), Scale ($1000)** | **$0.00** | | **$35,909.00** |

51. **Total of Part 8.**                                                                   | **$35,909.00** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

Debtor   **Sherman Arulappan LLC**         Case number *(If known)* _____
         Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets **TRADEMARK FOR THE NAME KAURI** | **$0.00** | | **$0.00** |
| 61. | Internet domain names and websites **ECOMMERCETRADE.COM** **BOLDHOME.COM** | **$0.00** | | **$0.00** |
| 62. | Licenses, franchises, and royalties | | | |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| 65. | Goodwill | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | |
   |---|
   | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Debtor | **Sherman Arulappan LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $636.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $408,843.26 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,909.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $485,389.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $485,389.05 |

**Fill in this information to identify the case:**

Debtor name  **Sherman Arulappan LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Sherman Arulappan LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,291.22 | $9,291.22 |
|---|---|---|---|---|
| | **TENNESSEE DEPARTMENT OF REVENUE**<br>**500 DEADERICK STREET**<br>**ANDREW JACKSON STATE OFFICE BUILDING**<br>**Nashville, TN 37242** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No<br>☐ Yes | | |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $693.77 |
|---|---|---|---|
| | **AHS Lighting**<br>**PO Box 254**<br>**Lapaz, IN 46537** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred   1/7/2021 | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,854.54 |
|---|---|---|---|
| | **Alchemade**<br>**6555 SW 110th Ct**<br>**Beaverton, OR 97008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred   1/7/2021 | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes | |

31811

| Debtor | **Sherman Arulappan LLC** | Case number (if known) |
|--------|---------------------------|------------------------|
| | Name | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|-----|-----|-----|-----|

**AMERICAN EXPRESS**
**PO BOX 6031**
**Carol Stream, IL 60197**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$193.48** |
|-----|-----|-----|-----|

**ANP LIGHTING, INC.**
**9044 Del Mar Ave.**
**Montclair, CA 91763**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,036.70** |
|-----|-----|-----|-----|

**AT & T**
**PO BOx 5019**
**Carol Stream, IL 60197-5019**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00** |
|-----|-----|-----|-----|

**Be On**
**6413 Congress Ave**
**Boca Raton, FL 33487**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,388.70** |
|-----|-----|-----|-----|

**BEST QUALITY LIGHTING HD ONLY**
**4750 CALLE CARGA**
**CAMARILLO, CA 93012**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,134.70** |
|-----|-----|-----|-----|

**CAL LIGHTING**
**3625 E PHILADELPHIA ST**
**ONTARIO, CA 91761**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,357.35** |
|-----|-----|-----|-----|

**CANTRIO KONCEPTS**
**215 Drumlin Circle**
**Concord, ON L4K 3E4**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Sherman Arulappan LLC**    Case number (if known) _____
      Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,900.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CAPITAL ONE**
**PO BOX 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CAPITAL ONE**
**PO BOX 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,200.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CAPITAL ONE**
**PO BOX 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,304.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CAPITAL ONE**
**PO BOX 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|---------|

**COMMERCE HUB**
**25736 Network Place**
**Chicago, IL 60673-1257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,149.02 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**COYOTE LOGISTICS**
**Coyote Logistics LLC PO Box 742636**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**CREDIT ONE BANK**
**PO BOX 98873**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Sherman Arulappan LLC**                                    Case number (if known) _____
          _____
          Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|------|--|--|--|

**CREDIT ONE BANK**
**PO BOX 98873**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|------|--|--|--|

**CREDIT ONE BANK**
**PO BOX 98873**
**Las Vegas, NV 89193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,196.42 |
|------|--|--|--|

**Deerport Decor**
**661 brea canyon Road**
**Unit 3**
**walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/7/2021_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|------|--|--|--|

**DISCOVER CARD**
**PO BOX 6103**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|------|--|--|--|

**DISCOVER CARD**
**PO BOX 6103**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,608.62 |
|------|--|--|--|

**DMS Properties LLC**
**1040 Natchez Valley Lane**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/7/2021_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,447.40 |
|------|--|--|--|

**Duane Morris LLP**
**PO Box 787166**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/23/2022_

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sherman Arulappan LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.06 |
|---|---|---|---|

**DVI LIGHTING**
**120 Great Gulf Drive**
**Concord, ON L4K5W1**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

**E-commerce Trade LLC**
**5129 watermead ln**
**belmont, NC 28012**

Date(s) debt was incurred  4/23/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.00 |
|---|---|---|---|

**Embr Labs, Inc**
**24 Roland St**
**102**
**Boston, MA 02129**

Date(s) debt was incurred  5/16/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,519.04 |
|---|---|---|---|

**FED EX GROUND/EXPRESS**
**P.O. Box 1140**
**Memphis, TN 38101-1140**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Fernando Fernandez Designs**
**3813 Wild Rose Ln**
**Stockton, CA 95206**

Date(s) debt was incurred  3/27/2023

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,587.43 |
|---|---|---|---|

**FFSW Global**
**795 Commerce Dr. Suite 4**
**Venice, FL 34292**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,810.88 |
|---|---|---|---|

**Focus Industries, Inc.**
**FOCUS INDUSTRIES, INC.**
**FILE 50658**
**LOS ANGELES, CA 90074-0658**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Sherman Arulappan LLC**                                    Case number *(if known)*
_____
Name

| | |
|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address** |

**FORTE LIGHTING E COMMERCE ONLY**
**14780 Bar Harbor Rd. Bldg  A**
**Fontana, CA 92336**

**Date(s) debt was incurred** _1/7/2021_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$27,008.25**

---

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** |

**FOUNTAIN HEAD SBF, LLC**
**3216 WEST LAKE MARY BLVD**
**Lake Mary, FL 32746**

**Date(s) debt was incurred** _1/7/2021_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,894,707.97**

---

| | |
|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** |

**GALAXY LIGHTING ECOM ONLY**
**EXCEL LIGHTING & MFG. LTD**
**13611 MAYCREST WAY**
**RICHMOND, BC V6V 2J4**

**Date(s) debt was incurred** _1/7/2021_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,789.84**

---

| | |
|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** |

**Golfs Past**
**305 West Lowe Ave,**
**Suite 100**
**Fairfield, IA 52556**

**Date(s) debt was incurred** _1/7/2021_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,348.60**

---

| | |
|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** |

**GRILLING FOIL**
**7473 west Lakemead Blvd**
**Las Vegas, NV 89128**

**Date(s) debt was incurred** _1/11/2021_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,364.32**

---

| | |
|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** |

**Headway Capital**
**175 W. Jackson Blvd**
**1000**
**CHICAGO, IL 60604**

**Date(s) debt was incurred** _6/17/2023_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$60,000.00**

---

| | |
|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** |

**Helping Hand**
**2104 Baxter CT**
**Florence, SC 29505**

**Date(s) debt was incurred** _11/2/2021_

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$900.00**

---

Debtor    **Sherman Arulappan LLC**                          Case number (if known) _____
                                                                    Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,073.03 |

**Humana Insurance Company**
**PO Box 9024**
**Milwaukee, WI 53201-3024**

Date(s) debt was incurred  **1/7/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.82 |

**IMAX CORPORATION**
**PO BOX472188**
**Tulsa, OK 74147**

Date(s) debt was incurred  **1/7/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |

**inShield Wiper, LLC**
**PO Box 235523**
**Encinitas, CA 92023**

Date(s) debt was incurred  **7/29/2022**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,068.00 |

**iVault**
**PO box 1073**
**Stockbridge, GA 30281**

Date(s) debt was incurred  **1/7/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,243.00 |

**Jelly Jar Genius, LLC**
**78365 Hwy 111 Suite 297**
**La Quinta, CA 92253**

Date(s) debt was incurred  **1/7/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $297.58 |

**JUSTICE DESIGN GROUP**
**Justice Design 500 S. Grand Avenue**
**Los Angeles, CA 90072**

Date(s) debt was incurred  **1/7/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.70 |

**KENDALL LIGHTING**
**110 6780 Dennett Place**
**DELTA, BC V4G1N4**

Date(s) debt was incurred  **1/7/2021**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | Sherman Arulappan LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,007.72 |
|---|---|---|---|

**Lean Joe Bean**
**11640 Mayfield Ave**
**No.610**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2021

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,174.15 |
|---|---|---|---|

**Leon Boots CO**
**UNIT 2, DAMASTOWN IND. EST.,**
**DAMASTOWN W**
**DAMASTOWN**
**DUBLIN D15 PNN4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2021

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,018.23 |
|---|---|---|---|

**Libertas Funding**
**411 Putnam ave**
**Suite 220**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2021

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Libertas Funding**
**411 Putnam ave**
**Suite 220**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,000.00 |
|---|---|---|---|

**LIBERTAS FUNDING LLC**
**411 W PUTNAM AVE**
**SUITE 220**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,850.00 |
|---|---|---|---|

**Lightscape Decorative Lighting LLC**
**27 Green Acres Rd.**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/5/2022

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.30 |
|---|---|---|---|

**Magic Brush**
**Unit 2 Damastown Walk**
**DUBLIN D15 PNN4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/7/2021

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sherman Arulappan LLC**                                   Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$704.00** |

**Maximm Cable**
**135 ROUTE 59**
**Spring Valley, NY 10977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _6/1/2022_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,020.50** |

**Nanotech Surface Solutions**
**8101 Cameron Rd. Ste. 309**
**Austin, TX 78752**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _10/14/2021_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,320.00** |

**NATO Sporty LLC**
**3945 Greenbriar Dr.**
**#A7**
**Stafford, TX 77477**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/10/2022_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,396.50** |

**No Knot Necklace Carrier**
**PO Box 332**
**Allenwood, NJ 08720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/7/2021_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,376.27** |

**NRS**
**1638 S Blaine ST**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/7/2021_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$329.76** |

**On Topz**
**257 Ely Ave, UnitH**
**Norwalk, CT 68854**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _1/20/2021_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,043.62** |

**PAYPAL CREDIT**
**PO BOX 71707**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Sherman Arulappan LLC**                    Case number (if known)
         Name

| | |
|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** |

**PHONE FLIPPER**
**Phone Flipper 206 Star of India LN**
**Carson, CA 90746**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,902.73**

---

| | |
|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address** |

**PillowPak**
**531 US Hwy 22 East**
**Unit 214**
**Whitehouse Station, NJ 08889**

Date(s) debt was incurred  9/15/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6.18**

---

| | |
|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** |

**PLC Lighting**
**PLC Lighting 9667 Owensmouth Ave.**
**CHATSWORTH, CA 91311**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,345.92**

---

| | |
|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** |

**Renwil (HD Ecomm)**
**9181 Boivin**
**Lasalle, QC H8R 2E8**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$5,639.28**

---

| | |
|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** |

**ResourceMFG**
**PO Box 102332**
**Atlanta, GA 30368-2332**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,149.59**

---

| | |
|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** |

**RGR Medical Sdt**
**11807 Allisonville Rd**
**137**
**Fishers, IN 46038**

Date(s) debt was incurred  8/8/2022

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2.55**

---

| | |
|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** |

**ROSELLI**
**ROSELLI 237 SOUTH BALDHILL ROAD**
**NEW CAYNAN, CT 06840**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$655.94**

---

Case 3:23-bk-02337    Doc 1    Filed 06/30/23    Entered 06/30/23 09:44:23    Desc Main
                    Document      Page 23 of 46

| Debtor | Sherman Arulappan LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,520.00 |
|---|---|---|---|

S Light
A-1104
32 Digital-ro,9 GII, Geungchum-gu
Seoul   08512

Date(s) debt was incurred  1/13/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,160,813.22 |
|---|---|---|---|

SATCO PRODUCTS, INC.
31288 SAN BENITO
HAYWARD, CA 94544

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $322,737.12 |
|---|---|---|---|

SAVOY HOUSE
P.O. BOX 935107
ALTANTA, GA 31193

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,871.45 |
|---|---|---|---|

SnapPot Planters
248 Deer Track Lane
Rutherfordton, NC 28139

Date(s) debt was incurred  1/13/2023

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,488.75 |
|---|---|---|---|

StrapCap LLC
56 Siasconset Dr
Sagamore Beach, MA 02562

Date(s) debt was incurred  3/3/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $266.00 |
|---|---|---|---|

Stress Free Fun LLC   Fuuties
115 Hollingwood Drive
Columbia, SC 21223

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $588.00 |
|---|---|---|---|

Sustainable Resources Group, LLC
132 Veterans Lane Unit A
PMB 456
Doylestown, PA 18901

Date(s) debt was incurred  2/15/2022

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Sherman Arulappan LLC**                                         Case number (if known) _____
          _____
          Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010.00 |
|---|---|---|---|

**SYNCHRONY BANK/AMAZON**
PO BOX 71711
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.39 |
|---|---|---|---|

**The Ardshon Group Grill Armory**
4344 Philips Hwy
Jacksonville, FL 32207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 1/7/2021

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,338.76 |
|---|---|---|---|

**Toltec**
P.O. Box 325
Burnsville, MS 38833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 1/7/2021

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**TOMO CREDIT**
535 MISSION ST
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,129.32 |
|---|---|---|---|

**TUHOME FURNITURE LLC**
10660 NW 25th St
Suite 103
Doral, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 1/7/2021

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $281,000.00 |
|---|---|---|---|

**White Field Captial LLC**
3012 Ainsley Lane
Belmont, NC 28012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 2/16/2021

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,338.90 |
|---|---|---|---|

**Wishpets**
6555 SW 110th CT
Beaverton, OR 97008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred 1/7/2021

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Sherman Arulappan LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$538,000.00** |
|---|---|---|---|

Z- Lite HD
85 South Edgeware Road, Unit #1
St. Thomas,, ON N5P2H7

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$65,065.65** |
|---|---|---|---|

**ZIPKORD LLC**
**Zipkord 3307 Clark Road**
**Suite 101**
**Sarasota, FL 34231**

Date(s) debt was incurred  1/7/2021

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 9,291.22 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,438,955.02 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 7,448,246.24 |

**Fill in this information to identify the case:**

Debtor name   **Sherman Arulappan LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **COMMERCIAL LEASE** | |
| State the term remaining   **EXPIRES IN 2028** | **DMS Properties LLC** |
| List the contract number of any government contract _____ | **1040 Natchez Valley Lane** |
| | **Franklin, TN 37064** |

**Fill in this information to identify the case:**

Debtor name    **Sherman Arulappan LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206H
## Schedule H: Your Codebtors     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **MARTINA SHERMAN** | **1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128** | **AMERICAN EXPRESS** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.2 | **MARTINA SHERMAN** | **1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128** | **CAPITAL ONE** | ☐ D _____ <br> ■ E/F __3.10__ <br> ☐ G _____ |
| 2.3 | **MARTINA SHERMAN** | **1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128** | **CAPITAL ONE** | ☐ D _____ <br> ■ E/F __3.11__ <br> ☐ G _____ |
| 2.4 | **MARTINA SHERMAN** | **1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128** | **CAPITAL ONE** | ☐ D _____ <br> ■ E/F __3.12__ <br> ☐ G _____ |
| 2.5 | **MARTINA SHERMAN** | **1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128** | **CREDIT ONE BANK** | ☐ D _____ <br> ■ E/F __3.16__ <br> ☐ G _____ |

| Debtor | Sherman Arulappan LLC | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | CREDIT ONE BANK | ☐ D _____ <br> ■ E/F **3.17** <br> ☐ G _____ |
|---|---|---|---|---|
| 2.7 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | DISCOVER CARD | ☐ D _____ <br> ■ E/F **3.20** <br> ☐ G _____ |
| 2.8 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | DISCOVER CARD | ☐ D _____ <br> ■ E/F **3.21** <br> ☐ G _____ |
| 2.9 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | DMS Properties LLC | ☐ D _____ <br> ■ E/F **3.22** <br> ☐ G _____ |
| 2.10 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | E-commerce Trade LLC | ☐ D _____ <br> ■ E/F **3.25** <br> ☐ G _____ |
| 2.11 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | FOUNTAIN HEAD SBF, LLC | ☐ D _____ <br> ■ E/F **3.32** <br> ☐ G _____ |
| 2.12 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | Headway Capital | ☐ D _____ <br> ■ E/F **3.36** <br> ☐ G _____ |
| 2.13 | MARTINA SHERMAN | 1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128 | Libertas Funding | ☐ D _____ <br> ■ E/F **3.47** <br> ☐ G _____ |

Case 3:23-bk-02337   Doc 1   Filed 06/30/23   Entered 06/30/23 09:44:23   Desc Main
Document    Page 29 of 46

Debtor    **Sherman Arulappan LLC**                                    Case number *(if known)* _____

▮    **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.14    **MARTINA**        **1307 WESTLAWN BLVD, UNIT 313**        Libertas Funding        ☐ D _____
          **SHERMAN**      **Murfreesboro, TN 37128**                                    ■ E/F    **3.48**
                                                                                          ☐ G _____

2.15    **MARTINA**        **1307 WESTLAWN BLVD, UNIT 313**        **LIBERTAS FUNDING**    ☐ D _____
          **SHERMAN**      **Murfreesboro, TN 37128**             **LLC**                ■ E/F    **3.49**
                                                                                          ☐ G _____

2.16    **MARTINA**        **1307 WESTLAWN BLVD, UNIT 313**        **PAYPAL CREDIT**       ☐ D _____
          **SHERMAN**      **Murfreesboro, TN 37128**                                    ■ E/F    **3.58**
                                                                                          ☐ G _____

2.17    **MARTINA**        **1307 WESTLAWN BLVD, UNIT 313**        **SAVOY HOUSE**         ☐ D _____
          **SHERMAN**      **Murfreesboro, TN 37128**                                    ■ E/F    **3.68**
                                                                                          ☐ G _____

2.18    **MARTINA**        **1307 WESTLAWN BLVD, UNIT 313**        **TOMO CREDIT**         ☐ D _____
          **SHERMAN**      **Murfreesboro, TN 37128**                                    ■ E/F    **3.76**
                                                                                          ☐ G _____

2.19    **RAM KUMAR**      **1501C 9TH AVENUE NORTH**             **DMS Properties LLC**  ☐ D _____
          **ARULAPPAN**    **Nashville, TN 37208**                                       ■ E/F    **3.22**
                                                                                          ☐ G _____

2.20    **RAM KUMAR**      **1501C 9TH AVENUE NORTH**             **E-commerce Trade**    ☐ D _____
          **ARULAPPAN**    **Nashville, TN 37208**                **LLC**                ■ E/F    **3.25**
                                                                                          ☐ G _____

2.21    **RAM KUMAR**      **1501C 9TH AVENUE NORTH**             **FOUNTAIN HEAD**       ☐ D _____
          **ARULAPPAN**    **Nashville, TN 37208**                **SBF, LLC**           ■ E/F    **3.32**
                                                                                          ☐ G _____

Official Form 206H                          Schedule H: Your Codebtors                          Page 3 of 4

| Debtor | **Sherman Arulappan LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **RAM KUMAR ARULAPPAN** | **1501C 9TH AVENUE NORTH** Nashville, TN 37208 | **Headway Capital** | ☐ D ____ ■ E/F __3.36__ ☐ G ____ |
| 2.23 | **RAM KUMAR ARULAPPAN** | **1501C 9TH AVENUE NORTH** Nashville, TN 37208 | **Libertas Funding** | ☐ D ____ ■ E/F __3.47__ ☐ G ____ |
| 2.24 | **RAM KUMAR ARULAPPAN** | **1501C 9TH AVENUE NORTH** Nashville, TN 37208 | **Libertas Funding** | ☐ D ____ ■ E/F __3.48__ ☐ G ____ |
| 2.25 | **RAM KUMAR ARULAPPAN** | **1501C 9TH AVENUE NORTH** Nashville, TN 37208 | **LIBERTAS FUNDING LLC** | ☐ D ____ ■ E/F __3.49__ ☐ G ____ |
| 2.26 | **RAM KUMAR ARULAPPAN** | **1501C 9TH AVENUE NORTH** Nashville, TN 37208 | **CAPITAL ONE** | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |

Fill in this information to identify the case:

Debtor name  **Sherman Arulappan LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ☐ Operating a business<br>■ Other   **GROSS BUSINESS REVENUE** | **$668,464.58** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **GROSS BUSINESS REVENUE** | **$5,102,197.56** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **GROSS BUSINESS REVENUE** | **$9,533,555.47** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

| Debtor | Sherman Arulappan LLC | Case number *(if known)* | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | CAPITAL ONE<br>PO BOX 71087<br>Charlotte, NC 28272 | | $36,766.93 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | AMERICAN EXPRESS<br>PO BOX 6031<br>Carol Stream, IL 60197 | | $26,732.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | DISCOVER CARD<br>PO BOX 6103<br>Carol Stream, IL 60197 | | $12,561.56 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | DMS Properties LLC<br>1040 Natchez Valley Lane<br>Franklin, TN 37064 | | $15,061.46 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Humana Insurance Company<br>PO Box 9024<br>Milwaukee, WI 53201-3024 | | $7,418.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | RAM KUMAR ARULAPPAN<br>1501C 9TH AVENUE NORTH<br>Nashville, TN 37208<br>MEMBER | 12/23/2022 | $10,000.00 | REPAYMENT OF A LOAN IN DECEMBER. MONEY LOANED ON DECEMBER 1, 2022 & PAID BACK ON DECEMBER 23, 2022 |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Debtor | Sherman Arulappan LLC | Case number *(if known)* | |
|---|---|---|---|

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | PROGRESSIVE LIGHTING V. Debtor<br>1:22-cv-02951-MHC | CIVIL | NORTHERN DISTRICT OF ATLANTA | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Z-LITE US INC. V. Debtor<br>80846 | CIVIL | CIRCUIT COURT OF TN | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | UMBRA LLC V. Debtor<br>1:23-cv-00345 | CIVIL | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor   **Sherman Arulappan LLC** _____     Case number *(if known)* _____

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LEFKOVITZ & LEFKOVITZ 908 HARPETH VALLEY PLACE NASHVILLE, TN 37221** | **Attorney Fees - $5,000 Court Costs - $338** | | **$5,338.00** |
| | **Email or website address slefkovitz@lefkovitz.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2231 NW BROAD ST SUITE A Murfreesboro, TN 37128** | **1/2021 TO 5/2023** |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | Sherman Arulappan LLC | Case number *(if known)* | |
|---|---|---|---|

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor    **Sherman Arulappan LLC**             Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Leon Boots CO**<br>**UNIT 2, DAMASTOWN IND. EST.,**<br>**DAMASTOWN W**<br>**DAMASTOWN**<br>**DUBLIN D15 PNN4** | **651 HEAL QUAKER AVE**<br>**SUITE G**<br>**Lewisburg, TN 37091** | **18 PALLETS OF INVENTORY** | **$48,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **No Knot Necklace Carrier**<br>**PO Box 332**<br>**Allenwood, NJ 08720** | **651 HEAL QUAKER AVE**<br>**SUITE G**<br>**Lewisburg, TN 37091** | **5 BOXES OF INVENTORY** | **$6,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sustainable Resources Group, LLC**<br>**132 Veterans Lane Unit A**<br>**PMB 456**<br>**Doylestown, PA 18901** | **651 HEAL QUAKER AVE**<br>**SUITE G**<br>**Lewisburg, TN 37091** | **6 PALLETS OF INVENTORY** | **$8,000.00** |

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Debtor | Sherman Arulappan LLC | Case number *(if known)* |
|--------|----------------------|--------------------------|

| Business name address | Describe the nature of the business | Employer Identification number |
|-----------------------|-------------------------------------|--------------------------------|
|                       |                                     | Do not include Social Security number or ITIN. |
|                       |                                     | **Dates business existed** |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1. **TRAVIS SHREEVE** **1350 WEST 2600S** **Woods Cross, UT 84087** | **IN THE LAST 2 YEARS** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|------------------|

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|------------------------------------------------------------------------------|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **MARTINA SHERMAN** | **1307 WESTLAWN BLVD, UNIT 313 Murfreesboro, TN 37128** | **CEO** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **RAM KUMAR ARULAPPAN** | **1501C 9TH AVENUE NORTH Nashville, TN 37208** | **MEMBER** | **50** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

| Debtor | **Sherman Arulappan LLC** | Case number *(if known)* | |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **MARTINA SHERMAN**<br>**1307 WESTLAWN BLVD, UNIT 313**<br>**Murfreesboro, TN 37128** | **SALARY - $83,000** | **SEMI-MONTHLY** | **SALARY FOR WORK AS CEO** |
| | **Relationship to debtor**<br>**CEO** | | | |
| 30.2. | **RAM KUMAR ARULAPPAN**<br>**1501C 9TH AVENUE NORTH**<br>**Nashville, TN 37208** | **$11,028.89** | **6/30/22 - 9/30/22** | **WORK PERFORMED FOR BUSINESS** |
| | **Relationship to debtor**<br>**MEMBER & DIRECTOR OF PURCHASING & SALES** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Sherman Arulappan LLC**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 30, 2023**

**/s/ MARTINA SHERMAN**                                 **MARTINA SHERMAN**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re __Sherman Arulappan LLC__                                   Case No. _____

                                         Debtor(s)                  Chapter    __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **In addition to providing analysis of the debtor's financial situation, rendering advice,  preparation and filing of any petition, statements and schedules, and representation of the debtor at Meeting of Creditors, the fee includes negotiation and preparation of reaffirmation agreements, and discussions with the Chapter 7 Trustee, debtor(s), creditor(s), and parties-in-interest as necessary concerning the case**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Rule 2004 examinations, depositions, interrogatories, or other discovery proceedings;**
    **Adversary proceedings to determine the dischargeabilty of debt (11 USC §523);**
    **Adversary proceedings to deny discharge (11 USC §727); Complaints to avoid lien(s);**
    **Motions/Complaints after entry of the discharge and/or closing of the case; Amending Schedules D, E, & F after the filing of the bankruptcy case; Other adversarial litigation. Conversion to another Bankruptcy Chapter under the Bankruptcy Code**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__June 30, 2023__                             **/s/ Steven L. Lefkovitz**
*Date*                                            **Steven L. Lefkovitz 5953**
                                              *Signature of Attorney*
                                              **LEFKOVITZ & LEFKOVITZ**
                                              **908 HARPETH VALLEY PLACE**
                                              **NASHVILLE, TN 37221**
                                              **615-256-8300  Fax: 615-255-4516**
                                              **slefkovitz@lefkovitz.com**
                                              *Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Sherman Arulappan LLC**

Debtor(s)

Case No. _____

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 30, 2023**

**/s/ MARTINA SHERMAN**
**MARTINA SHERMAN**/CEO
Signer/Title

SHERMAN ARULAPPAN LLC
1307 WESTLAWN BLVD, UNIT 313
MURFREESBORO TN 37129

.

STEVEN L. LEFKOVITZ
LEFKOVITZ & LEFKOVITZ
908 HARPETH VALLEY PLACE
NASHVILLE, TN 37221

AHS LIGHTING
PO BOX 254
LAPAZ IN 46537

ALCHEMADE
6555 SW 110TH CT
BEAVERTON OR 97008

AMERICAN EXPRESS
PO BOX 6031
CAROL STREAM IL 60197

ANP LIGHTING, INC.
9044 DEL MAR AVE.
MONTCLAIR CA 91763

AT & T
PO BOX 5019
CAROL STREAM IL 60197-5019

BE ON
6413 CONGRESS AVE
BOCA RATON FL 33487

BEST QUALITY LIGHTING HD ONLY
4750 CALLE CARGA
CAMARILLO CA 93012

CAL LIGHTING
3625 E PHILADELPHIA ST
ONTARIO CA 91761

CANTRIO KONCEPTS
215 DRUMLIN CIRCLE
CONCORD, ON L4K 3E4

CAPITAL ONE
PO BOX 71087
CHARLOTTE NC 28272

COMMERCE HUB
25736 NETWORK PLACE
CHICAGO IL 60673-1257

COYOTE LOGISTICS
COYOTE LOGISTICS LLC PO BOX 742636
ATLANTA GA 30374

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193

DEERPORT DECOR
661 BREA CANYON ROAD
UNIT 3
WALNUT CA 91789

DISCOVER CARD
PO BOX 6103
CAROL STREAM IL 60197

DMS PROPERTIES LLC
1040 NATCHEZ VALLEY LANE
FRANKLIN TN 37064

DUANE MORRIS LLP
PO BOX 787166
PHILADELPHIA PA 19178

DVI LIGHTING
120 GREAT GULF DRIVE
CONCORD, ON L4K5W1

E-COMMERCE TRADE LLC
5129 WATERMEAD LN
BELMONT NC 28012

EMBR LABS, INC
24 ROLAND ST
102
BOSTON MA 02129

FED EX GROUND/EXPRESS
P.O. BOX 1140
MEMPHIS TN 38101-1140

FERNANDO FERNANDEZ DESIGN
6813 WILD ROSE LN
STOCKTON CA 95206

FFSW GLOBAL
795 COMMERCE DR. SUITE 4
VENICE FL 34292

FOCUS INDUSTRIES, INC.
FOCUS INDUSTRIES, INC.
FILE 50658
LOS ANGELES CA 90074-0658

FORTE LIGHTING E COMMERCEO
14780 BAR HARBOR RD. BLDG  A
FONTANA CA 92336

FOUNTAIN HEAD SBF, LLC
3216 WEST LAKE MARY BLVD
LAKE MARY FL 32746

GALAXY LIGHTING ECOM ONLY
EXCEL LIGHTING & MFG. LTD
13611 MAYCREST WAY
RICHMOND, BC V6V 2J4

GOLFS PAST
305 WEST LOWE AVE,
SUITE 100
FAIRFIELD IA 52556

GRILLING FOIL
7473 WEST LAKEMEAD BLVD
LAS VEGAS NV 89128

LEAN JOE BEAN
11640 MAYFIELD AVE
NO.610
LOS ANGELES CA 90049

NO KNOT NECKLACE CARRIER
PO BOX 332
ALLENWOOD NJ 08720

HEADWAY CAPITAL
175 W. JACKSON BLVD
1000
CHICAGO IL 60604

LEON BOOTS CO
UNIT 2, DAMASTOWN IND. EST., DAMASTOWN
DAMASTOWN
DUBLIN D15 PNN4

NRS
TO38 N BLAINE ST
MOSCOW ID 83843

HELPING HAND
2104 BAXTER CT
FLORENCE SC 29505

LIBERTAS FUNDING
411 PUTNAM AVE
SUITE 220
GREENWHICH CT 06830

ON TOPZ
257 ELY AVE, UNITH
NORWALK CT 68854

HUMANA INSURANCE COMPANY
PO BOX 9024
MILWAUKEE WI 53201-3024

LIBERTAS FUNDING LLC
411 W PUTNAM AVE
SUITE 220
GREENWICH CT 06830

PAYPAL CREDIT
PO BOX 71707
PHILADELPHIA PA 19176

IMAX CORPORATION
PO BOX472188
TULSA OK 74147

LIGHTSCAPE DECORATIVE LIGHTING LLC
27 GREEN ACRES RD.
WASHINGTON IN 47501

PHONE FLIPPER
PHONE FLIPPER 206 STAR OF IN LN
CARSON CA 90746

INSHIELD WIPER, LLC
PO BOX 235523
ENCINITAS CA 92023

MAGIC BRUSH
UNIT 2 DAMASTOWN WALK
DUBLIN D15 PNN4

PILLOWPAK
531 US HWY 22 EAST
UNIT 214
WHITEHOUSE STATION NJ 08889

IVAULT
PO BOX 1073
STOCKBRIDGE GA 30281

MARTINA SHERMAN
1307 WESTLAWN BLVD, UNIT 313
MURFREESBORO TN 37128

PLC LIGHTING
PLC LIGHTING 9667 OWENSMOUTA
CHATSWORTH CA 91311

JELLY JAR GENIUS, LLC
78365 HWY 111 SUITE 297
LA QUINTA CA 92253

MAXIMM CABLE
135 ROUTE 59
SPRING VALLEY NY 10977

RAM KUMAR ARULAPPAN
1501C 9TH AVENUE NORTH
NASHVILLE TN 37208

JUSTICE DESIGN GROUP
JUSTICE DESIGN 500 S. GRAND AVENUE
LOS ANGELES CA 90072

NANOTECH SURFACE SOLUTIONS
8101 CAMERON RD. STE. 309
AUSTIN TX 78752

RENWIL (HD ECOMM)
9181 BOIVIN
LASALLE, QC H8R 2E8

KENDALL LIGHTING
110 6780 DENNETT PLACE
DELTA, BC V4G1N4

NATO SPORTY LLC
3945 GREENBRIAR DR.
#A7
STAFFORD TX 77477

RESOURCEMFG
PO BOX 102332
ATLANTA GA 30368-2332

RGR MEDICAL SDT
11807 ALLISONVILLE RD
137
FISHERS IN 46038

TENNESSEE DEPARTMENT OF REVENUE
500 DEADERICK STREET
ANDREW JACKSON STATE OFFICE BUILDING
NASHVILLE TN 37242


ROSELLI
ROSELLI 237 SOUTH BALDHILL ROAD
NEW CAYNAN CT 06840

THE ARDSHON GROUP GRILL ARMORY
4344 PHILIPS HWY
JACKSONVILLE FL 32207


S LIGHT
A-1104
32 DIGITAL-RO,9 GIL, GEUNGCHUM-GU
SEOUL 08512

TOLTEC
P.O. BOX 325
BURNSVILLE MS 38833


SATCO PRODUCTS, INC.
31288 SAN BENITO
HAYWARD CA 94544

TOMO CREDIT
535 MISSION ST
SAN FRANCISCO CA 94105


SAVOY HOUSE
P.O. BOX 935107
ALTANTA GA 31193

TUHOME FURNITURE LLC
10660 NW 25TH ST
SUITE 103
DORAL FL 33172


SNAPPOT PLANTERS
248 DEER TRACK LANE
RUTHERFORDTON NC 28139

WHITE FIELD CAPTIAL LLC
3012 AINSLEY LANE
BELMONT NC 28012


STRAPCAP LLC
56 SIASCONSET DR
SAGAMORE BEACH MA 02562

WISHPETS
6555 SW 110TH CT
BEAVERTON OR 97008


STRESS FREE FUN LLC    FUUTIES
115 HOLLINGWOOD DRIVE
COLUMBIA SC 21223

Z- LITE HD
85 SOUTH EDGEWARE ROAD, UNIT #1
ST. THOMAS,, ON N5P2H7


SUSTAINABLE RESOURCES GROUP, LLC
132 VETERANS LANE UNIT A
PMB 456
DOYLESTOWN PA 18901

ZIPKORD LLC
ZIPKORD 3307 CLARK ROAD
SUITE 101
SARASOTA FL 34231


SYNCHRONY BANK/AMAZON
PO BOX 71711
PHILADELPHIA PA 19176

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Sherman Arulappan LLC**

Debtor(s)

Case No.

Chapter  **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Sherman Arulappan LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 30, 2023**

Date

**/s/ Steven L. Lefkovitz**

**Steven L. Lefkovitz 5953**

Signature of Attorney or Litigant

Counsel for  **Sherman Arulappan LLC**

**LEFKOVITZ & LEFKOVITZ**

**908 HARPETH VALLEY PLACE**
**NASHVILLE, TN 37221**
**615-256-8300 Fax:615-255-4516**
**slefkovitz@lefkovitz.com**